FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2013 JUL 23 PM 12: 38

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

PINE VALLEY PROPERTIES, PTR, a Florida partnership; FRANKLIN E. LASLEY, FRANCES M. LASLEY; UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE; UNKNOWN TENANTS in possession of Lot 6; and UNKNOWN TENANTS in possession of Lot 7

CASE NO:

5:13-CV-352-OC-10PRL

    Defendants.

_____/

## NOTICE OF LIS PENDENS

TO:    THE ABOVE NAMED DEFENDANTS AND
ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING

    a.    The Plaintiff has instituted this action against Defendants, PINE VALLEY PROPERTIES, PTR, a Florida partnership; FRANKLIN E. LASLEY, an individual; FRANCES M. LASLEY, an individual; UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE; UNKNOWN TENANTS in possession of Lot 6; and UNKNOWN TENANTS in possession of Lot 7, seeking to foreclose mortgages with respect to the property described below.

    b.    The Plaintiff in this action is PNC BANK, NATIONAL ASSOCIATION.

    c.    The case number of the action is as shown in the caption.

2136020 v1

d. The real property that is the subject matter of this action is in Lake County, Florida, and is described as follows:

> Lot 6, Pine Valley Industrial Park, according to the map or plat thereof, as recorded in Plat Book 29, Page 70, of the Public Records of Lake County, Florida.

> Lot 7, Pine Valley Industrial Park, according to the map or plat thereof, as recorded in Plat Book 29, Page 70, of the Public Records of Lake County, Florida.

DATED this 22nd day of July, 2013.

Respectfully submitted,

*/s/ signature*

**Denise D. Dell-Powell, Esquire**
Florida Bar No.: 0890472
Primary Email: ddpowell@burr.com
Secondary Email: dmartini@burr.com
**Christopher S. Linde, Esquire**
Florida Bar No.: 0026396
Primary Email: clinde@burr.com
Secondary Email: nwmosley@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: 407-540-6600
Facsimile: 407-540-6601

**ATTORNEYS FOR PLAINTIFF**