UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PNC BANK, NATIONAL
ASSOCIATION,

    Plaintiff,

v.                                                     Case No: 5:13-cv-352-Oc-10PRL

PINE VALLEY PROPERTIES, PTR,
FRANKLIN E. LASLEY, FRANCES M.
LASLEY, UNITED STATES OF
AMERICA, UNKNOWN TENANTS and
UNKNOWN TENANTS

    Defendants.

## ORDER

This action for the foreclosure of real property is before the Court for consideration of Plaintiff's Motion for Confirmation of Foreclosure Sale (Lot 6) and Motion for Confirmation of Foreclosure Sale (Lot 7). On November 17, 2014, final judgment was entered (Doc. 41), including provisions for the public foreclosure sale of the subject property, identified as "Lot 6" and "Lot 7," pursuant to 28 U.S.C. § 2001 and § 2002. As the Special Master's Report reflects, the subject property was offered for sale at public auction on February 27, 2015, and each lot was sold to the successful bidder, the Plaintiff in both instances. (Doc. 47). On March 5, 2015, Plaintiff filed Notices of Assignment of Bid stating that it assigned its bids to Land Holding, LLC. (Doc. 48 & 49).

The Plaintiff now moves for confirmation of the foreclosure sale as to both Lot 6 and Lot 7. (Docs. 50 & 51). Plaintiff also requests an Order directing the Special Master to execute and deliver his deeds conveying the subject property to Land Holding, LLC, and directing the U.S.

Marshal to deliver possession of the Property upon application for writ of assistance. Plaintiff's motions are unopposed.

Rule 70 of the Federal Rules of Civil Procedure provides that if real property is located within a judicial district, the court may enter judgment divesting a party's title and vesting it in others. Fed.R.Civ.P. 70(b). As shown by the record, including the Special Master's report (Doc. 47), the Court finds solid grounds to confirm the foreclosure sale and direct conveyance of the subject property to Plaintiff's assignee, Land Holding, LLC.

Accordingly, upon due consideration, Plaintiff's Motions for Confirmation of Foreclosure Sale (Docs. 50 & 51) are **GRANTED**, and the foreclosure sales of the real property identified as "Lot 6" and "Lot 7," which were conducted on February 27, 2015, are hereby **CONFIRMED**. The Special Master is hereby directed to execute and deliver his deeds conveying the subject property (identified as "Lot 6" and "Lot 7") to Land Holding, LLC, and the U.S. Marshal is hereby directed to deliver possession of the Property upon application for writ of assistance.

**DONE** and **ORDERED** in Ocala, Florida on March 30, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties